IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**RE: MARTHA SUE JENSEN**                                **CASE NO. 6:05-80798**

## OBJECTION TO CLAIM

COMES now the Debtor, Martha Sue Jensen, by her attorney, Marc Honey, and hereby objects to the Proof of Claim filed by US Bank, claim no. 24, in the amount of $2,076.11. Debtor has paid the remaining arrearage in full. A copy of a letter from US Bank is attached hereto.

WHEREFORE, Debtor prays that the Objection to Claim be sustained, that the claim be disallowed and for all other proper relief.

/s/ Marc Honey
**MARC HONEY (86091)**
**Attorney for Debtor/s**
**1311 Central Avenue**
**P.O. Box 1254**
**Hot Springs, AR   71902**
**(501)321-1007**
**(501)321-1255 FAX**

CERTIFICATE OF SERVICE

I, Marc Honey, Attorney for Debtors, do hereby certify that a copy of the foregoing Objection to Claim has been served upon, Rosanna Henry, 415 North McKinley, Suite 555, Little Rock, AR 72205 by placing a copy of same in the mail addressed to her this 29th day of September, 2010.

/s/ Marc Honey
Marc Honey (86091)