

526 Main Street
Arkadelphia, AR 71923
870 246-4511
870 246-4407 fax

August 16, 2010

Honey Law Firm

Re: Martha Sue Orsburn

As of August 16, 2010 the Home Equity Line #3000128934, in the name of Martha Sue Orsburn, is current. She recently made her August 2010 payment and is now due for her September 2010 payment. There is no arrearage on this line of credit. Should you have any questions, please contact me at 870-246-0934.

Sincerely,

*Amy Williams*

Amy Williams
Sales & Service Coordinator